## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| LESLIE WANDRIE-HARJO, individually and in her official capacity as Governor of the Cheyenne and Arapaho Tribes; THE CHEYENNE AND ARAPAHO TRIBES OF OKLAHOMA, a federally-recognized Indian tribe, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. CIV-11-171-F |
| JANICE PRAIRIE CHIEF-BOSWELL, individually and as the Suspended, Impeached and Removed Governor of the Cheyenne and Arapaho Tribes, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered this same date, plaintiffs' First Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 12(b)(1), Fed. R. Civ. P., and 28 U.S.C. § 1367(c).

DATED at Oklahoma City, Oklahoma, this 15th day of August, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0171p019.wpd